

48 Wall Street, Suite 1100
New York, NY 10005

Tel: 212-729-0952
www.HCLLPLaw.com

**Joshua S. Moskovitz**
Partner
Moskovitz@HCLLPLaw.com

> This request is GRANTED. The settlement conference is adjourned to April 9, 2024 at 11:00am in Courtroom 228. SO ORDERED.
>
> *Jennifer E. Willis*
>
> Jennifer E. Willis
> United States Magistrate Judge
>
> February 9, 2024

**BY ECF**

Hon. Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Martinez v. City of New York*, 23-CV-6303 (JGLC)

Your Honor:

    I write as Plaintiff's counsel, jointly with counsel for Defendants City of New York and the New York City Administration for Children and Family Services to request an adjournment of the February 15, 2024 settlement conference for the reasons explained by Defendants in their letter motion filed earlier today at Dkt. 40 seeking to extend the discovery schedule. The parties have conferred with Your Honor's chambers and understand that you may be available on April 9. The parties are available that day. (Earlier today, I mistakenly confirmed April 2 with Your Honor's chambers, but I failed to account for a family vacation that I have planned that week.)

    We appreciate the Court's time and attention to this request.

                                                                  Respectfully,

                                                                  Joshua S. Moskovitz

cc:    All Counsel of Record (by ECF)