UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

ANACELIS MARTINEZ, as the parent and natural guardian of A.J. (a minor),

                                Plaintiffs,

    -against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------------ X

**INFANT COMPROMISE ORDER**

23-cv-6303-JGLC

      Plaintiff and Defendants City of New York ("the City") and the New York City Administration for Children's Services ("ACS") having agreed to the settlement of Plaintiff's claims against the City and ACS for the sum of three hundred fifty thousand dollars ($350,000.00), and it appearing that the best interests of A.J. (who was a minor when this case was filed) will be served by said settlement; and

      It appearing that all necessary prerequisites of Local Civil Rule 83.2 and C.P.L.R. Rule 1208 have been met, and for good cause having been shown, dispensing with any other requirements of New York State Law,

      **NOW**, on application of Joshua S. Moskovitz, a partner with Hamilton Clarke, LLP, attorneys for the plaintiff, it is hereby

      **ORDERED**, that Anacelis Martinez, as mother and natural guardian of A.J., is authorized to settle and compromise the claims herein against Defendants City of New York and the New York City Administration for Children's Services in favor of A.J. for the sum of three hundred and fifty thousand dollars ($350,000.00), and to enter into a settlement agreement and execute all papers necessary to effect such compromise, and it is further

**ORDERED**, that out of the total sum of $350,000.00, Hamilton Clarke, LLP, attorneys for Plaintiff, are entitled to payment of $117,476.17, representing $1,214.25 for reimbursement of reasonable litigation costs incurred and $116,261.91 for payment for legal fees in connection with representing Plaintiff; and it is further

**ORDERED**, that the balance of the settlement, to wit, two hundred thirty-two thousand five-hundred and twenty-three dollars and eighty-three cents ($232,523.83), shall be deposited into an interest-bearing account opened by Ms. Martinez in A.J.'s name at an F.D.I.C.-insured bank; and it is further

**ORDERED**, that all claims concerning A.J. against the City and ACS are resolved by this settlement (but none of A.J.'s claims against the other defendants are hereby affected), and it is further,

**ORDERED**, that this Court shall retain jurisdiction over the City and ACS in this matter for the purpose of enforcing the settlement referenced herein, and for the purpose of enforcing or determining any motions concerning discovery in this matter.

Dated: June 7, 2024

SO ORDERED

*Jessica Clarke*
HON. JESSICA G. L. CLARKE
United States District Judge