**The Law Office of Joshua Moskovitz** P.C.

392 Central Ave. #7803  
Jersey City, NJ 07307

14 Wall St., Suite 1603  
New York, NY 10005

Tel. (212) 380-7040  
Josh@MoskovitzLaw.com

April 4, 2025

**BY ECF**

Hon. Jessica G. L. Clarke  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 1040  
New York, New York 10007

**MEMO ENDORSED**

Re: *Martinez v. City of New York*, Case No. 23-CV-6303 (JGLC)

Your Honor:

I write as Plaintiff's counsel to request an extension of today's deadline to file a revised Case Management Plan (*see* Dkt. 98). The reason for this request is that two of the defendants (Ms. Jones and Mr. Seymour) have not yet filed an answer (Ms. Jones filed a pending motion to dismiss Plaintiff's First Amended Complaint); Plaintiff's motion for leave to file a Second Amended Complaint is pending and the Court granted Ms. Jones an extension until April 18 to respond to that motion; and Mr. Seymour, who was granted an extension until March 24, 2025 to respond to the First Amended Complaint (Dkt. 99) has informed me that he has not yet obtained representation and intends to file a motion to seek assistance from the Court in doing so. Mr. Seymour and Ms. Jones consent to this request. I did not receive a response from Mr. Farquharson or counsel for Ms. Clarke.

Plaintiff requests the Court schedule a conference to discuss the timing of the extended deadline and related matters, including the possibility of referring the matter to Judge Willis for settlement purposes. Due to family obligations, I ask that the Court schedule the conference after April 28.

I appreciate the Court's time and attention to this request.

Application GRANTED. It is hereby ORDERED that all parties appear for a conference with the Court on April 29, 2025 at 11:00 a.m. The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 870332049#. The parties should be prepared to discuss the timing of the extended deadline and related matters. The Clerk of Court is respectfully directed to terminate ECF No. 114.

Respectfully,

Joshua S. Moskovitz

cc: All Counsel of Record (by ECF)  
Daquan Seymour (by email)  
Rohan Farquharson (by email)

Dated: April 8, 2025  
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE  
United States District Judge