UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANACELIS MARTINEZ,

                Plaintiff,                         **ORDER**

        -against-                     **23-CV-6303 (JGLC) (JW)**

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       Defendant Keren Jones' letter motions for discovery compelling parties to respond to document requests at Dkt. Nos. 121 and 126 are **DENIED without prejudice**. Defendant Jones' discovery motions are not ripe because there is not yet a discovery schedule in place.

       Additionally, counsel for the parties are ordered to attend a telephone call with Courtroom Deputy Christopher Davis on **September 3, 2025, at 1:00 PM** to schedule an in-person settlement conference in October or November. Please dial +1 646-453-4442 and enter passcode 251454388#.

       **The Clerk of Court is respectfully requested to close Dkt. Nos. 121, 122, and 126.**

       SO ORDERED.

DATED:     New York, New York
                 August 27, 2025

                                                     _____
                                                     JENNIFER E. WILLIS
                                                     United States Magistrate Judge