**Dennis Grossman**
**Attorney At Law**
**10 Bond Street (#600)**
**Great Neck, New York 11021**
**(516)**

Honorable Jennifer E. Willis
United States District Court
40 Foley Square
New York, New York 10007

Re:  Martinez v. NYC et al. (case no. 23-CV-

Dear Judge Willis:

My office represents Defendant Keren [Jones]. [In] Standing Order on Settlement Procedures, I wr[ite to request adjournment] of the settlement conference set for Nov. 17, 20[25, and that she be permitted to] participate by telephone, as she now resides al[most 1,000 miles from New York] and reports she is unable to afford round-trip [travel to New York. In] compliance with Your Honor's Standing Or[der, she will be available by] telephone throughout the settlement conference.

Although Your Honor's Standing O[rder provides that an] adjournment requested one week in advance, I [am unable to appear in] person on Nov. 17, 2025. On that date, I wi[ll be in Florida in connection with commitments] concerning my legal practice. I am a member of the Florida Bar, as well as New York Bar.

Defendants NYC/ACS and Clarke expressly have consented to this request. Plaintiff reports consent only if certain conditions are met, knowing in advance that those conditions would never be satisfied – that "all" defendants consent, knowing in advance that the 2 pro se defendants would not respond (in fact, they have not responded) to my request for consent, as they are pro se.

No prior request has been made for this adjournment of the settlement conference. In compliance with Your Honor's Standing Order, I proposed 5 alternative dates. The Dec. 8, 2025 date emerged as the clear date for Plaintiff and for all Defendants who responded. The 2 pro se Defendants did not respond nor object to any of the proposed dates including Dec. 8, 2025.

For the foregoing reasons, Defendant Keren Jones respectfully requests that the settlement conference be adjourned to Dec. 8, 2025 and that she be excused from attending in person, as she resides almost 1,000 miles from New York and will be available by telephone throughout the settlement conference, in compliance with Your Honor's Standing Order.

Respectfully,

*DennisGrossman*
Dennis Grossman

cc:  All parties/counsel of record (by ECF/email)

---

**Judge's Order (overlay):**

Defendant Keren Jones' request to join the conference remotely is GRANTED. Counsel is directed to use his cell phone to dial in Jones during the settlement conference. Prior to the conference, counsel should send a completed Electronic Devices form to WillisNYSDChambers@nysd.uscourts.gov.

Defendants' request to adjourn the settlement conference is GRANTED. The Parties are directed to contact Courtroom Deputy Christopher Davis by November 19, 2025 to provide three mutually agreeable dates in December, January, or February. SO ORDERED.

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge
November 12, 2025