**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ANACELIS MARTINEZ,

Plaintiff,

-against-

THE CITY OF NEW YORK, *et al.*,

Defendants.

------------------------------------------------------------------

**ORDER**

**23-CV-6303 (JGLC) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of Plaintiff's letter at Dkt. No. 153. Plaintiff's counsel and Defendant Rohan Farquharson are ordered to attend a remote video follow-up settlement conference on **July 2, 2026 at 11:00 AM.** To the extent Plaintiff's counsel or Mr. Farquharson would like to provide the Court with any helpful context regarding enforcement efforts, they are granted leave to email an *ex parte* letter to the Court at willisnysdchambers@nysd.uscourts.gov until **June 30, 2026**.

SO ORDERED.

DATED:    New York, New York
          June 8, 2026

JENNIFER E. WILLIS
United States Magistrate Judge