**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

ANACELIS MARTINEZ,

Plaintiff,

-against-

THE CITY OF NEW YORK, *et al.*,

Defendants.

-------------------------------------------------------------

**ORDER**

**23-CV-6303 (JGLC) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

Plaintiff's counsel and Defendant Rohan Farquharson attended a remote video follow-up settlement conference on July 2, 2026. The Court's understanding was that the parties were working together to finalize the settlement. Plaintiff is to provide a status letter to the Court on these efforts by **October 13, 2026.**

SO ORDERED.

DATED: New York, New York
October 5, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge